1

LYONS PETROLEUM CO., Plaintiff in Error, v. Harold K. WEED, Defendant in Error. (Circuit Court of Appeals, Third Circuit. September 13, 1924.) No. 3103. In Error to the District Court of the United States for the District of Delaware; Hugh M. Morris, Judge. James I. Boyce, of Wilmington, Del., O. D. Batchelor, of New York City, and C. F. Carnine, of Denver, Colo., for plaintiff in error. Charles F. Curley, of Wilmington, Del., and Joseph A. Seidman, of New York City, for defendant in error. Before WOOLLEY and DAVIS, Circuit Judges, and BODINE, District Judge.

PER CURIAM. After reading the record in this case and carefully considering the questions discussed in the accompanying briefs, we find ourselves everywhere in accord with the reasoning and conclusions of the learned trial judge. Important as are the questions raised, and large as are the sums at stake, a recital of the facts on which the case mainly turns and a discussion of the questions of law arising in the case would, we think, involve merely a repetition of the reasoning of the learned trial judge, and would add nothing to the decision of the case. We therefore affirm the opinion below. 294 Fed. 725.

2

Morris McNALLY v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. April 8, 1924.) No. 3925. In Error to the District Court of the United States for the Eastern District of Michigan; Tuttle, Judge. Robert J. Curry, of Saginaw, Mich., for plaintiff in error. Earl J. Davis, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed in pursuance of motion.

3

Dick MARTIN and W. L. Hargis v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. April 25, 1924.) No. 4156. In Error to the District Court of the United States for the Eastern District of Tennessee; Hicks, Judge. G. H. Mynatt, of Knoxville, Tenn., for plaintiffs in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

4

H. J. MARTIN v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 8, 1924.) No. 4160. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

5

Charles O'DELL v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. June 11, 1924.) No. 4005. In Error to the District Court of the United States for the Western District of Michigan; Sessions, Judge. Riopelle, Echlin & Lendzion, of Detroit, Mich., for plaintiff in error. Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Cause dismissed on call.

6

Jim PALLAS v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4181. In Error to the District Court of